AO 94 (Rev 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

## for the

ꞃoₐₓₜₕₑᵣₙ District of ₕₑ𝓌 ᵧₒᵣₖ

| | | |
|---|---|---|
| United States of America | ) | |
| v | ) | |
| | ) | Case No    11-MJ- 452 DRH |
| | ) | |
| JAMES ANDREW WILLIAMS | ) | Charging District's |
| *Defendant* | ) | Case No    11-CR-247 GD |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___ Western ___ District of ___ Pennsylvania ___ ,

*(if applicable)* ___ ___ ___ ___ ___ ___ division  The defendant may need an interpreter for this language

___ ___ ___ ___ ___ ___ ___ ___    **RECEIVED**

The defendant    ☐ will retain an attorney

☒ is requesting court-appointed counsel    ˙ ⁀ 4 ?.˙ᴵ

The defendant remains in custody after the initial appearance    CL· ˙                          ˙˙˙
\VEST    ꞁ ꞁ

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant   The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled   The clerk of this district must promptly transmit the papers and any bail to the charging district

Date   Oct 31, 2011 ___ ___

_____
*Judge's signature*

David R  Homer, U S  Magistrate Judge
*Printed name and title*

E C F    D O C U M E N T
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK LAWRENCE  K  BAERMAN,  CLERK
Dated  11/2/2011
By _____ Deputy Clerk