CLOSED

# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [LIVE - Version 4.2] (Albany)
## CRIMINAL DOCKET FOR CASE #: 1:11-mj-00452-DRH-1
### Internal Use Only

Case title  USA v  Williams
Other court case number  11-cr-247 USDC, Western
District of Pennsylvania

Date Filed  10/31/2011
Date Terminated  10/31/2011

Assigned to  Magistrate Judge David R
Homer

### Defendant (1)

**James Andrew Williams**
*TERMINATED  10/31/2011*

represented by **Paul J. Evangelista**
Office of the Federal Public Defender
39 North Pearl Street, 5th Floor
Albany Main Office
Albany, NY 12207
518-436-1850
Fax  518-436-1780
Email  paul evangelista@fd org
*ATTORNEY TO BE NOTICED*

E C F   D O C U M E N T
I certify that this is a printed
copy of a document which was
electronically filed with the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
LAWRENCE K BAERMAN, CLERK
Dated  11/2/2011
By _____ Deputy Clerk

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**RECEIVED**

**Terminated Counts**
None

**Disposition**

NOV 0 4 2011

CLERK, U S DISTRICT COURT
WEST DIST OF PENNSYLVANIA

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Edward P. Grogan** |

Office of United States Attorney - Albany
445 Broadway
218 James T Foley U S Courthouse
Albany, NY 12207-2924
518-431-0247
Fax 518-431-0249
Email edward grogan@usdoj gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2011 | 1 | Rule 5(c)(3) Documents Received as to James Andrew Williams (mab) (Entered 10/31/2011) |
| 10/31/2011 | 2 | WAIVER of Rule 5(c)(3) Hearing by James Andrew Williams (mab) (Entered 10/31/2011) |
| 10/31/2011 | 3 | COMMITMENT TO ANOTHER DISTRICT as to James Andrew Williams Defendant committed to Western District of Pennsylvania Signed by Magistrate Judge David R Homer on 10/31/2011 (mab) (Entered 10/31/2011) |
| 10/31/2011 |  | Minute Entry for proceedings held before Magistrate Judge David R Homer [FTR 4 02-4 08pm]An Initial Appearance as to James Andrew Williams was held on 10/31/2011 Appearances Paul Evangelista, AFPD for defendant, AUSA Edward Grogan for the government Williams was arrested on a warrant on an indictment filed by the Western District of PA Judge Homer found that defendant qualifies for appointment of counsel based on the financial affidavit Williams submitted Government moved for detention Defendant waived his right to an identity hearing and detention hearing An order of removal to the WDPA was entered by the court Defendant was remanded to the custody of USMS (Court Reporter Lhennessy) (lah, ) (Entered 11/01/2011) |